**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-6992**

_____

JAMES ROBINSON,

              Plaintiff - Appellant,

        v.

KAREN FRYAR, Solicitor; VANESSA COOPER, Solicitor; WARREN
GIESE, Solicitor; JOHN BREEDEN, JR., Judge; INVESTIGATOR G.
BURNS, CPD; DONNA STROM, Judge Family Court,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., District
Judge.  (3:12-cv-03505-JFA)

_____

Submitted:  September 24, 2013      Decided:  September 27, 2013

_____

Before NIEMEYER and THACKER, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

James Robinson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Robinson appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Robinson's 42 U.S.C. § 1983 (2006) complaint and a subsequent order denying Robinson's motion to amend and/or for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Robinson v. Fryar, No. 3:12-cv-03505-JFA (D.S.C. filed Apr. 9, 2013 & entered Apr. 10, 2013; June 4, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2